IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CATHY ENWERE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:15-CV-981-M |
| ) | |
| MENLO PARK POLICE DEPT., ET AL., ) | |
|     Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections, and tendered what appears to be an Amended Complaint. The District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and recommendation of the United States Magistrate Judge. The Court further finds that although Plaintiff did not seek leave to amend, even if such were permitted, the tendered Amended Complaint would not cure the basis for dismissal.

SO ORDERED this 11th day of May, 2015.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**